# Third District Court of Appeal

## State of Florida

Opinion filed May 31, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1390
Lower Tribunal No. 17-5391
_____

**Rinconcito Latino Cafeteria, Inc.,**
Appellant,

vs.

**Jose A. Ocampo,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Law Office of Lowell J. Kuvin, LLC, Lowell J. Kuvin, and Sundeep K. Mullick, for appellant.

The Law Offices of Eddy Marban, and Eddy Marban, for appellee.

Before FERNANDEZ, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.